```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
     - v. -                        :    INFORMATION
                                   :
ANTHONY LISI,                      :    22 Cr.    (    )
                                   :
               Defendant.          :
                                   :
- - - - - - - - - - - - - - - - - X
```

**22 CRIM 482**

### COUNT ONE
### (Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1.  From at least in or about January 2018 up to and including in or around February 2019, in the Southern District of New York and elsewhere, ANTHONY LISI, the defendant, and others known and unknown, knowingly combined, conspired, confederated, and agreed together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

2.  It was a part and an object of the conspiracy that ANTHONY LISI, the defendant, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds

for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, LISI -- who was hired as a subcontractor on an information technology services contract -- defrauded the entities for which he was working and by whom he was being paid, by electronically submitting weekly falsified billings, in which he claimed that he had worked eight hours per day each day, including various holidays, when in truth and fact, he had not done so, and he sent and received interstate wires to and from the Southern District of New York, and elsewhere, in furtherance of that scheme.

(Title 18, United States Code, Section 1349.)

### FORFEITURE ALLEGATION

3.  As the result of committing the offense charged in Count One of this Information, ANTHONY LISI, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

4.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a. cannot be located upon the exercise of due diligence;

        b. has been transferred or sold to, or deposited with, a third person;

        c. has been placed beyond the jurisdiction of the Court;

        d. has been substantially diminished in value; or

        e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

        (Title 18, United States Code, Section 981;
      Title 21, United States Code, Section 853; and
       Title 28, United States Code, Section 2461.)

*[signature]*

DAMIAN WILLIAMS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY LISI,

Defendant.

**INFORMATION**

22 Cr.    (   )

(18 U.S.C. § 1349.)

DAMIAN WILLIAMS
United States Attorney