UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

ANTHONY LISI,

           Defendant.

------------------------------------- x

CONSENT PRELIMINARY
ORDER OF FORFEITURE/
MONEY JUDGMENT

22-CR-482 (PAE)

        WHEREAS, on or about September 12, 2022, ANTHONY LISI (the "Defendant"), was charged in a one-count Information, 22-CR-482 (PAE) (the "Information"), with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

        WHEREAS, on or about September 12, 2022, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), a sum of money equal to **$66,100**, traceable to the commission of the offense alleged in Count One of the Information;

        WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $66,100 in United States currency (the "Money Judgment"), representing the amount

of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Michael D. Neff, of counsel, and the Defendant and his counsel, Alan M. Abramson, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of **$66,100** in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ANTHONY LISI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank, or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/ Michael D. Neff_____          9/7/2022
MICHAEL D. NEFF                              DATE
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2107


ANTHONY LISI

By: _____/s/_____                            9/12/22
ANTHONY LISI                                 DATE


By: _____/s/_____                            9/12/2022
ALAN M. ABRAMSON, ESQ.                       DATE
Attorney for Defendant
75 Maiden Lane, Suite 607
New York, NY 10038
(212) 226-7098


SO ORDERED:

_____Paul A. Engelmayer_____                 9/12/2022
UNITED STATES DISTRICT JUDGE                 DATE
SOUTHERN DISTRICT OF NEW YORK

4