

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 24, 2023

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York 10007

      Re:    **United States v. Anthony Lisi,**
             **22 Cr. 482 (PAE)**

Dear Judge Engelmayer:

      Sentencing in the above-captioned case is scheduled for January 31, 2023, at 2:00 p.m. The Government respectfully submits this letter to request a two-day extension of its deadline to file its sentencing letter—*i.e.*, from January 24 to January 26, 2023. This is the first request for an extension. I have conferred with defense counsel, Alan Abramson, Esq., and the defense consents to this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By: _____
     Michael D. Neff
     Assistant United States Attorney
     (212) 637-2107

cc:    Alan Abramson, Esq. (via ECF)

      **GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 14.

                         1/26/2023
          SO ORDERED.

                 _____
                 PAUL A. ENGELMAYER
                 United States District Judge