**ABRAMSON & MORAK**

ATTORNEYS AT LAW

75 MAIDEN LANE, SUITE 607

NEW YORK, NEW YORK 10038

www.abramsonmorak.com

ALAN M. ABRAMSON*  
GLENN H. MORAK  
MICHAEL MARINO

(212) 226-7098  
FAX (212) 226-4559

*MEMBER OF NEW YORK AND CONNECTICUT BARS

April 3, 2023

The Honorable Paul A. Engelmayer  
United States District Judge  
Southern District of New York  
40 Foley Square  
Thurgood Marshall U.S. Courthouse  
New York, NY 10007

Re: United States v. Anthony Lisi,  
22 Cr. 482 (PAE)

Dear Judge Engelmayer,

      We represent Anthony Lisi who has been sentenced in this matter on January 31, 2023 to probation for a term of two years, including a term of three months home confinement, 400 hours of community service, a $100 Assessment, Restitution in the amount of $90,521.25 and Forfeiture in the amount of $66,100. Mr. Lisi has paid the Restitution, Forfeiture and the Assessment.

      Following the defendant's initial appearance on September 12, 2022, before Your Honor, Mr. Lisi and his wife, Stephanie Lisi, surrendered their passports to SDNY Pretrial Services. It is our understanding that Pretrial Services requires an order from this Court to release Mr. and Mrs. Lisi's passports.

      After discussions with the assigned Assistant United States Attorney Michael Neff, AUSA Neff has consented to releasing the passports to my custody and control after Mr. Lisi completes 60 days of home confinement. Mr. Neff has requested that I hold Mr. and Mrs. Lisi's passports until Mr. Lisi completes his three-month term of home confinement and upon completion, I will release the passports to the family. Upon the date of the filing of this request, Mr. Lisi has been confined to his home for 62 days.

      Therefore, we hereby respectfully request that Your Honor order Pretrial Services to release the passports of Anthony and Stephanie Lisi to his attorney, Alan M. Abramson, or the attorneys of Abramson & Morak, who will hold the passports until the defendant completes his three-month term of home confinement. We thank the Court for its consideration of this request.

Very truly yours,

*[signature]*

Alan M. Abramson

**GRANTED**. The Clerk of Court is requested to terminate the motion at Dkt. No. 22.

So Ordered:

4/3/2023

*[signature]*
The Honorable Paul A. Engelmayer